**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

*In re* BAYCOL PRODUCTS LITIGATION              MDL NO. 1431
                                                (MJD/SRN)
This Document Relates to:

                                                **ORDER**

*Esther McCabria, et al., v. Bayer Corp., et al.*     Case No. 03-4599
   *(Plaintiff Mildred Hall only)*

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson May 7, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1.  Defendant Bayer Corporation's Motion for Discovery Sanctions against Plaintiff Mildred Hall [Doc. No. 18] is GRANTED;

2.  Plaintiff Mildred Hall's action is DISMISSED WITH PREJUDICE.

DATED: June 12, 2007.

                            s / Michael J. Davis
                            Judge Michael J. Davis
                            United States District Court Judge